United States District Court
Southern District of Texas
**ENTERED**
December 15, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| **FRANCISCO BELMAREZ III,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 7:25-CV-00152 |
| § | |
| **WAL-MART STORES TEXAS, LLC, et al.,** § | |
| § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the November 17, 2025, Report and Recommendation ("R&R") prepared by Magistrate Judge Nadia S. Medrano. (Dkt. No. 15). Judge Medrano made findings and conclusions and recommended that this civil action be dismissed for failure to prosecute.

The Parties were provided proper notice and the opportunity to object to the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the R&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Judge Medrano's R&R, (Dkt. No. 15), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court; and

(2) This civil action is **DISMISSED WITH PREJUDICE** under Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute.

It is SO ORDERED.

2

Signed on December 15, 2025.

                                                      */s/ Drew B. Tipton*
                                                     **DREW B. TIPTON**
                                              **UNITED STATES DISTRICT JUDGE**